Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>          Plaintiff,<br>   v.<br><br>JOHN DOE,<br><br>          Defendant. | No. 4:12-CV-12-3248 PJH<br><br>**PLAINTIFF'S NOTICE OF STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |

**PLAINTIFF'S NOTICE OF STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT[1]**

Defendant has requested, and Plaintiff has agreed, that Defendant should be given until **February 15, 2013** to file his Answer to Plaintiff's Amended Complaint. Plaintiff notices the Court of the instant extension of time for Defendant to file his Answer because settlement talks are currently ongoing, and Plaintiff feels that the case will be settled prior to February 15, 2013. Further, requiring Defendant to answer, and expend more funds, might hurt the parties' ability to settle this case.  In light of this fact, Plaintiff does not want Defendant to have to waste money or time to prepare and file an Answer in a case that is likely to settle.

///

///

---

[1] Pursuant to L.R. 6-1(a)

|  |  |
|---|---|
| | Respectfully Submitted, |

**DATED: January 8, 2013**

By:     /s/ Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.